This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-39895**

**BERTHA M. SISQUIEROS LANGARCIA,**

Petitioner-Appellee,

v.

**JAVIER BALDERAMA,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**Shannon Broderick Bulman, District Judge**

Bertha M. Sisquieros Langarcia
Santa Fe, NM

Pro Se Appellee

Javier Balderama
Santa Fe, NM

Pro Se Appellant

### MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}** Summary reversal and remand, in part, and summary affirmance, in part, was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal and remand, in part, and summary affirmance, in part, has been filed and the time for doing so has expired. **REVERSED, in part, AFFIRMED in part.**

**{2}** IT IS SO ORDERED.

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**JACQUELINE R. MEDINA, Judge**

**ZACHARY A. IVES, Judge**